Roy J. Thibodaux, III, Esq.
BERKOWITZ, LICHTSTEIN, KURITSKY, GIASULLO & GROSS, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 325-7800
Attorneys for Plaintiff Julio Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>AIDA SUAREZ; ABC COMPANIES 1-10 and JOHN DOES 1-10, unknown entities and persons,<br><br>Defendants. | Civil Action No.<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Julio Rodriguez ("plaintiff"), by way of Complaint against defendants, says:

### THE PARTIES

1. Plaintiff is currently a resident of the State of Florida, with a residential address 550 Chapel Trace Drive, Orlando.

2. Upon information and belief and at all times relevant hereto, defendant Aida Suarez ("defendant Suarez") resided at and owned the rental property where the plaintiff was injured, located at 110 North Oakland Street, Lakewood, New Jersey ("the Premises").

3. Upon information and belief, and at all times relevant hereto, defendants ABC Companies 1-10 and John Does 1-10, were entities and persons, whose true identity is unknown to plaintiff, but who were employed by or hired by Aida Suarez and who were responsible for the maintenance, custody, control, repair and oversight of the Premises at issue in this lawsuit including but not limited to constructing and/or repairing the basement steps at the Premises.

## PRELIMINARY STATEMENT

4. This is an action for damages arising from the severe and permanent personal injuries suffered by plaintiff, who at all times relevant to the conduct complained of herein was a tenant at the Premises rented to him by defendant Suarez, as a result of the dangerous, hazardous and unsafe condition that existed at the Premises.

## JURISDICTION & VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) in that it is an action between citizens of different states and the amount in controversy exceeds $75,000.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a)(1) in that all the defendants reside in this District, as that term is defined in § 1391(c) and pursuant to § 1391(a)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FACTUAL BACKGROUND

7. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as though set forth herein at length.

8. At all times relevant to the conduct complained of herein, plaintiff Julio Rodriguez was a tenant at the Premises rented to him by defendant Suarez. Plaintiff was owed a duty of care commensurate with his lawful status as a tenant leasing defendant Suarez's property.

9. On or about June 16, 2011, plaintiff returned home and was walking downstairs to his basement apartment at the Premises. As plaintiff was walking down the basement stairs, he was caused to slip and fall due to the dangerous, hazardous and unsafe condition that existed at the Premises, and as a result, he sustained severe and permanent injuries.

10. At all times relevant hereto, plaintiff was exercising due care for his own safety.

## FIRST COUNT

11. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as though set forth herein at length.

12. Upon information and belief, the Premises upon which plaintiff was caused to fall were owned, controlled, operated and/or maintained by defendant Suarez.

13. By permitting the Premises to exist in such a dangerous, hazardous and unsafe condition, and by failing to correct, remedy or warn plaintiff of the dangerous condition, defendant Suarez breached her duty to maintain the premises free of hazardous conditions, and in a safe condition for use by persons lawfully on the premises, such as plaintiff, her tenant.

14. As a direct and proximate result and consequence of defendant Suarez's conduct as aforesaid, plaintiff sustained severe, painful and permanent bodily injuries, permanent disability, loss of function, emotional distress, pain and suffering, economic loss, and has been and will in the future be caused to obtain medical and other treatment, and has been and will in the future be caused to refrain from his normal pursuits, and has been and will in the future be obligated to expend large sums of money to treat the injuries he suffered.

## SECOND COUNT

15. Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as though set forth herein at length.

16. Defendants ABC Companies 1-10 and John Does 1-10 were negligent and careless in failing to repair the Premises, and/or otherwise failed to carry out and fulfill their duties and obligations, breaching duties owed to plaintiff, and thereby causing or allowing to exist the dangerous condition that caused plaintiff's injuries and damages.

17. As a direct and proximate result and consequence of defendants ABC Companies' 1-10 and John Does' 1-10 conduct as aforesaid, plaintiff sustained severe, painful and permanent bodily injuries, permanent disability, loss of function, emotional distress, pain and suffering, economic loss, and has been and will in the future be caused to obtain medical and other treatment, and has been and will in the future be caused to refrain from his normal pursuits, and has been and will in the future be obligated to expend large sums of money to treat the injuries suffered.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against each Defendant, jointly and severally, awarding:

(a) compensatory damages (including consequential and incidental damages);

(b) interest, attorneys' fees, costs of suit; and

(c) such other relief as the Court deems just and equitable.

## JURY DEMAND

Plaintiff Julio Rodriguez hereby demands a trial by jury on all issues so triable.

                                        BERKOWITZ, LICHTSTEIN, KURITSKY,
                                      GIASULLO & GROSS, LLC
                                      Attorneys for Plaintiff Julio Rodriguez

Dated: May 7, 2013                By: /s/ Roy J. Thibodaux III, Esq.
                                           Roy J. Thibodaux III, Esq.
                                           BERKOWITZ, LICHTSTEIN, KURITSKY,
                                           GIASULLO & GROSS, LLC
                                           75 Livingston Avenue
                                           Roseland, New Jersey 07068
                                           Telephone:  (973) 325-7800
                                           Facsimile:   (973) 325-7930
                                           Email:        rthibodaux@blkgg.com

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

I hereby certify, pursuant to L. Civ. R. 11.2, that the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: May 7, 2013

/s/ Roy J. Thibodaux III, Esq.
Roy J. Thibodaux III, Esq.